JENNIE F. TURCO et al., Doing Business as TURCO MILK TRANSPORTATION CO., Appellants, v. LILLIAN VEDDER, Respondent.— All concur. (Appeal from a judgment for defendant on a counterclaim against plaintiffs in an automobile negligence action. The order denies plaintiffs' motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.